| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202<br>(720) 865-8301 | DATE FILED: January 26, 2021 2:43 PM<br>FILING ID: F23517FFF8369<br>CASE NUMBER: 2021CV30302 |
| **Plaintiffs:** FRONTIER AIRLINES INC; and ALLIANZ GLOBAL RISKS US INSURANCE COMPANY Individually and o/b/o OTHER CERTAIN INTERESTED UNDERWRITERS a/s/o FRONTIER GROUP HOLDINGS, INC. and FRONTIER AIRLINES, INC.<br><br>v.<br><br>**Defendant:** MENZIES AVIATION (USA) INC. a foreign corporation | ▲COURT USE ONLY▲ |
| *Counsel for Plaintiffs*<br>Jennifer A. Poynter, #24619<br>Andrew Thorn, #40138<br>POYNTER LAW LLC<br>6860 S. Yosemite Ct., Suite 2000<br>Centennial, CO  80112<br>Phone (303) 991-2229<br>Email:   jennifer@poynterlawllc.com<br>             athorn@poynterlawllc.com | Case Number:<br>Div:          Ctrm: |
| **CIVIL COVER SHEET** ||

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

    ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

    X  This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

**Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Dated this 26th day of January 2021.

Respectfully submitted,

POYNTER LAW LLC
*Signed copy on file at the office of Poynter Law LLC*

*s/ Jennifer Poynter*
Jennifer A. Poynter - No. 24619
Andrew Thorn – No. 40138
ATTORNEY FOR PLAINTIFF

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.