**EXHIBIT E**

Job # 5295294
Ref # _____

# Affidavit of Process Server

In The District Court for the County of Denver, State of Colorado
(NAME OF COURT)

DATE FILED: February 3, 2021 12:48 PM
FILING ID: 7A19E3E1AA887
CASE NUMBER: 2021CV30302

| Frontier Airlines Inc., et al | VS | Menzies Aviation (USA) Inc., a foreign corporation | 2021CV30302 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I Danielle Stevens, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:** I served __Menzies Aviation (USA) Inc.__
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons; Complaint; Civil Cover Sheet (Received Jan 27, 2021 at 1:10pm EST)
by leaving with __Lynanne Gares, Litigation Management Services Leader Authorized to Accept__
NAME/RELATIONSHIP/TITLE

**Service Address:** Corporation Service Company, Registered Agent 251 Little Falls Drive, Wilmington, DE 19808

On __Wed, Jan 27 2021__ AT __02:42 PM__
    DATE                      TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                    DATE

from _____
       CITY    STATE    ZIP

**Manner of Service:**

☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☒ **Corporate:** By personally delivering copies to the person named above.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.
☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other _____

**Description:** Age __35__ Sex __Female__ Race __Caucasian__ Height __5'6"__ Weight __135__ Hair __Brown__ Beard ____ Glasses ____

Date: January 28, 2021

_____
SIGNATURE OF PROCESS SERVER

Subscribed and sworn before me a Notary Public of the State of Delaware on January 28, 2021 (Date)

_____
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024