## Register of Actions

| | Filed by Plaintiff/Petitioner | **Case Number:** 2021CV030302 | | **Division:** 203 |
|---|---|---|---|---|
| | Filed by Defendant/Respondent | **Case Type:** Negligence | | **Judicial Officer:** Darryl F Shockley |
| | Filed by Court | **Case Caption:** Frontier Airlines Inc et al v. Menzies Aviation Usa Inc | | **Court Location:** Denver County - District |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 02/10/2021 5:07 PM | Darryl F Shockley | Denver County - District | N/A | Order | PRE-TRIAL ORDER | Public |
| 7A19E3E1AA887 | 02/03/2021 12:48 PM | Andrew James Thorn, Jennifer Ann Poynter | Poynter Law LLC | Frontier Airlines Inc, Allianz Global Risks Us Insurance Compan (more) | Return of Service | Affidavit of Process Server; Summons, Complaint, Civil Case Cover Sheet; Served on Lyanne Gares on behalf of Menzies Aviation (USA) inc.; on 01/27/2021 | Public |
| N/A (Details) | 01/27/2021 10:34 AM | Darryl F Shockley | Denver County - District | N/A | Order | DELAY REDUCTION ORDER | Public |
| F23517FFF8369 | 01/26/2021 2:43 PM | Andrew James Thorn, Jennifer Ann Poynter | Poynter Law LLC | Allianz Global Risks Us Insurance Compan, Other Certain Interested Underwriters (more) | Complaint | Complaint | Public |
| | | | | | Summons | Summons | Public |
| | | | | | Civil Case Cover Sheet | Civil Cover Sheet | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Allianz Global Risks Us Insurance Compan | Plaintiff | Active | ANDREW JAMES THORN (Poynter Law LLC)<br>JENNIFER ANN POYNTER (Poynter Law LLC) |
| Frontier Airlines Inc | Plaintiff | Active | ANDREW JAMES THORN (Poynter Law LLC)<br>JENNIFER ANN POYNTER (Poynter Law LLC) |
| Frontier Airlines Inc | Plaintiff | Active | ANDREW JAMES THORN (Poynter Law LLC)<br>JENNIFER ANN POYNTER (Poynter Law LLC) |
| Frontier Group Holdings Inc | Plaintiff | Active | ANDREW JAMES THORN (Poynter Law LLC)<br>JENNIFER ANN POYNTER (Poynter Law LLC) |
| Menzies Aviation Usa Inc | Defendant | Active | N/A |
| Other Certain Interested Underwriters | Plaintiff | Active | ANDREW JAMES THORN (Poynter Law LLC)<br>JENNIFER ANN POYNTER (Poynter Law LLC) |