**EXHIBIT H**



Colorado Secretary of State
Date and Time: 08/11/2020 02:07 PM
ID Number: 19871068164

Document number: 20201694457
Amount Paid: $10.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

# Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: 19871068164

Entity name: ALLIANZ GLOBAL RISKS US INSURANCE COMPANY

Jurisdiction under the law of which the entity was formed or registered: California

1. Principal office street address:
   225 W. Washington Street
   *(Street name and number)*
   Suite 1800
   Chicago    IL    60606
   *(City)    (State)    (Postal/Zip Code)*
   United States
   *(Province – if applicable)    (Country – if not US)*

2. Principal office mailing address: (if different from above)
   225 West Washington Street
   *(Street name and number or Post Office Box information)*
   Suite 1800
   Chicago    IL    60606
   *(City)    (State)    (Postal/Zip Code)*
   United States
   *(Province – if applicable)    (Country – if not US)*

3. Registered agent name: (if an individual) _____  _____  _____  ____
   *(Last)    (First)    (Middle)    (Suffix)*

   or (if a business organization) Division of Insurance

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address:
   1560 Broadway
   *(Street name and number)*
   Denver    CO    80202
   *(City)    (State)    (Postal/Zip Code)*

6. Registered agent mailing address: (if different from above)
   *(Street name and number or Post Office Box information)*
   
   *(City)    (State)    (Postal/Zip Code)*
   *(Province – if applicable)    (Country – if not US)*

**EXHIBIT H**

Notice:
Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

Jeffers      Dareth
*(Last)      (First)      (Middle)      (Suffix)*

120 South Central Avenue
*(Street name and number or Post Office Box information)*

Suite 400

Clayton      MO   63105
*(City)      (State)      (Postal/Zip Code)*

Missouri      United States
*(Province – if applicable)      (Country – if not US)*

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

Disclaimer:
This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.