# SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL

The Removing Party shall complete the SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL and follow D.C. Colo. L.Civ.R. 81.1 and 28 U.S.C. §§ 1446(a).

### Section A – Plaintiffs

Plaintiffs remaining in action at the time of Filing the Notice of Removal:

1) Frontier Airlines Inc.
2) Allianz Global Risks US Insurance Company
3)
4)

### Section B – Defendants

Defendants remaining in action at the time of filing the notice of Removal:

1) Menzies Aviation (USA) Inc.
2)
3)
4)

### Section C – Pending State Court Motions
### As of Date of Removal

| Title of Court Motion | Date Motion Filed |
|---|---|
| 1. None | |
| 2. | |
| 3. | |
| 4. | |

### Section D – Scheduled State Court Hearings
### As of Date of Removal

| Title of State Court Scheduled Hearing | Date of Hearing | Time of Hearing | Assigned State Judge |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

*S/ Adam P. O'Brien*
*Signature of Attorney for Removing Party:*
Adam P. O'Brien
Mark A. Neider
**WELLS, ANDERSON & RACE, LLC**
1700 Broadway, Suite 1020
Denver, CO 80290
Phone Number: (303) 830-1212

Dated: February 26, 2021

State Court Case No. 2021CV30302

*(Rev 11/08/2010)*