IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

FRONTIER AIRLINES INC; and ALLIANZ
GLOBAL RISKS US INSURANCE COMPANY
Individually and o/b/o OTHER CERTAIN INTERESTED
UNDERWRITERS a/s/o FRONTIER GROUP HOLDINGS, INC.
and FRONTIER AIRLINES, INC.

     Plaintiff,

v.

MENZIES AVIATION (USA) INC. a foreign corporation,

     Defendant.

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT MENZIES AVIATION (USA) INC.**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure defendant Menzies Aviation (USA) Inc. ("Menzies"), states that John Menzies plc is its parent company and that no publicly held company owns 10% or more of its stock.

     Dated this 26th day of February 2021.

                                   *S/ Adam P. O'Brien*
                                   Adam P. O'Brien
                                   Mark A. Neider
                                   Wells, Anderson & Race, LLC
                                   1700 Broadway, Suite 1020
                                   Denver, CO 80290
                                   Telephone: 303-830-1212
                                   Facsimile: 303-830-0898
                                   Email: aobrien@warllc.com
                                   Email: mneider@warllc.com
                                   *Attorneys for Defendant*
                                   *Menzies Aviation (USA) Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of February 2021, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MENZIES AVIATION (USA) INC.** was electronically filed with the Court and forwarded by U.S. First Class Mail, postage pre-paid, and addressed as follows:

Jennifer A. Poynter, Esq.
Andy Thorn, Esq.
POYNTER LAW LLC
6860 S. Yosemite Ct., Suite 2000
Centennial, CO 80112
Phone (303) 991-2229
Email: jennifer@poynterlawllc.com
Email: athorn@poynterlawllc.com

                                                *S/   Karen M. Zajac*
                                                Karen M. Zajac, Legal Assistant
                                                Wells, Anderson & Race, LLC
                                                1700 Broadway, Suite 1020
                                                Denver, CO 80290
                                                Telephone: 303-830-1212
                                                Email: kzajac@warllc.com
                                                *[Original signatures on file at the offices of*
                                                *Wells, Anderson & Race, LLC]*