**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00588-NYW

FRONTIER AIRLINES INC; and ALLIANZ
GLOBAL RISKS US INSURANCE COMPANY
Individually and o/b/o OTHER CERTAIN INTERESTED
UNDERWRITERS a/s/o FRONTIER GROUP HOLDINGS, INC.
and FRONTIER AIRLINES, INC.

      Plaintiff,
v.

MENZIES AVIATION (USA) INC. a foreign corporation,

      Defendant.

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel of record for: Defendant Menzies Aviation (USA) Inc. in the above-captioned matter.

Dated at Los Angeles, California, this 1st day of March 2021.

                                                *S/ Andrew C. Johnson*
                                                Andrew C. Johnson
                                                Condon & Forsyth LLP
                                                1901 Avenue of the Stars, Suite 850
                                                Los Angeles, California 90067
                                                Telephone: 310-557-2030
                                                Facsimile:  310-557-1299
                                                Email: ajohnson@condonlaw.com
                                                *Attorneys for Defendant*
                                                *Menzies Aviation (USA) Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of March 2021, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system and served by email transmission as follows:

Jennifer A. Poynter, Esq.
Andy Thorn, Esq.
POYNTER LAW LLC
6860 S. Yosemite Ct., Suite 2000
Centennial, CO 80112
Phone (303) 991-2229
Email: jennifer@poynterlawllc.com
Email: athorn@poynterlawllc.com

                                                  *S/ Max Lavinthal*
                                                  Max Lavinthal
                                                  Condon & Forsyth LLP
                                                  1901 Avenue of the Stars, Suite 850
                                                  Los Angeles, California 90067
                                                  Telephone: 310-557-2030
                                                  Facsimile:  310-557-1299
                                                  Email: mlavinthal@condonlaw.com
                                                  *[Original signatures on file at the offices of Condon & Forsyth LLP]*

NYOFFICE 1259509v.1