IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00588-NYW

FRONTIER AIRLINES INC; and ALLIANZ GLOBAL RISKS US INSURANCE COMPANY Individually and o/b/o OTHER CERTAIN INTERESTED UNDERWRITERS a/s/o FRONTIER GROUP HOLDINGS, INC. and FRONTIER AIRLINES, INC.

Plaintiff,

v.

MENZIES AVIATION (USA) INC. a foreign corporation

Defendant.

**ENTRY OF APPEARANCE**

    **JENNIFER A. POYNTER**, of the law firm **POYNTER LAW, LLC.**, certifies she is a member in good standing of the bar of this court and hereby enters her appearance as counsel for Plaintiff **FRONTIER AIRLINES INC; and ALLIANZ GLOBAL RISKS US INSURANCE COMPANY Individually and o/b/o OTHER CERTAIN INTERESTED UNDERWRITERS a/s/o FRONTIER GROUP HOLDINGS, INC. and FRONTIER AIRLINES, INC**.

    Respectfully submitted by,

    */s/ Jennifer A. Poynter*

    Jennifer A. Poynter
    Poynter Law, LLC
    6860 S Yosemite Ct., Suite 2000
    Centennial CO, 80112
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this March 1, 2021, a true and correct copy of the above and foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

Adam Patrick O'Brien
Wells Anderson & Race LLC
1700 Broadway
Suite 1020
Denver, CO 80290-1001

/s/ *Shemaiah Brown*