# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00588-NYW

FRONTIER AIRLINES INC.; and
ALLIANZ GLOBAL RISKS US INSURANCE COMPANY,
o/b/o OTHER CERTAIN INTERESTED UNDERWRITERS,
a/s/o FRONTIER GROUP HOLDINGS, INC. and FRONTIER AIRLINES, INC.,

    Plaintiffs,

v.

MENZIES AVIATION (USA) INC.,

    Defendant.

## ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING DEADLINE FOR FILING OF CONSENT/NONCONSENT FORM

Magistrate Judge Nina Y. Wang

This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c).

IT IS ORDERED:

1. The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on:

**April 22, 2021 at 10:30 a.m.**

via telephone conference. All participants shall use the following dial-in information: **888-363-4749, Access Code: 5738976**.

2. A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before seven days prior to the Scheduling Conference:

**April 15, 2021**

3. The parties shall complete and file the Consent/Nonconsent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**April 8, 2021**

4.  The parties shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 16.1 and 26.1(a) on or before:

**21 days prior to scheduling conference**

Pursuant to Fed. R. Civ. P. 26(d), no discovery will be deemed served until at least the pre-scheduling conference meeting contemplated by Fed. R. Civ. P. 26(f).

5.  The parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) on or before:

**14 days after the pre-scheduling conference meeting**.

DATED:  March 10, 2021

BY THE COURT:

_____
Nina Y. Wang
United States Magistrate Judge