**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00588-NYW

**FRONTIER AIRLINES INC., et al.**

    Plaintiff,

v.

**MENZIES AVIATION USA INC.**

    Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE OF MARK A. NEIDER AS COUNSEL FOR DEFENDANT MENZIES AVIATION USA INC.**

---

    **COMES NOW**, Mark A. Neider of the law firm of Wells, Anderson & Race, LLC, and enters his appearance as counsel on behalf of Defendant, Menzies Aviation USA Inc.

    Respectfully submitted this 17th day of March 2021.

                  **WELLS, ANDERSON & RACE, LLC**

                  *S/    Mark A. Neider*
                  Mark A. Neider, Esq.
                  1700 Broadway, Suite 1020
                  Denver, CO 80290
                  Telephone: (303) 830-1212
                  E-mail: mneider@warllc.com

                  *Attorneys for Defendant Menzies Aviation USA Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of March 2021 filed the foregoing **NOTICE OF ENTRY OF APPEARANCE OF MARK A. NEIDER AS COUNSEL FOR DEFENDANT MENZIES AVIATION USA INC.** with the Clerk of Court using the CM/ECF system to the following:

Jennifer A. Poynter, Esq.
Andrew Thorn, Esq.
POYNTER LAW LLC
6860 S. Yosemite Ct., Suite 2000
Centennial, Colorado 80112
Telephone: (303) 991-2229
Email: jennifer@poynterlawllc.com
athorn@poynterlawllc.com

*Attorneys for Plaintiffs*

Andrew C. Johnson, Esq.
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067
Telephone (310) 557-2030
Email: ajohnson@condonlaw.com

*Co-counsel Attorneys for Defendant*

*S/ Betty Gadison*
Bettye Gadison, Legal Assistant
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO  80290
Telephone:  (303) 830-1212
Email: bgadison@warllc.com

*[Original Signatures on File at the Office of Wells, Anderson & Race, LLC]*