IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21 -cv- 00588 - NYW

FRONTIER AIRLINES INC, et al ,

    Plaintiff(s),

v.

MENZIES AVIATION (USA) INC. ,

    Defendant(s).

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

☐    all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

☑    at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| _[signature]_ | Menzies Aviation (USA) Inc. | 04/07/2021 |
| Print name Andrew C. Johnson | | |
| _[signature]_ | Frontier Airlines Inc and Allianz Global Risks US Insurance Company | 04/07/2021 |
| Print name Hobart M. Hind | | |

**NOTE:** You are directed to confer with all parties in this action and execute and file with the Court this Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of (1) no later than seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint. All parties must either consent to the exercise of magistrate judge jurisdiction, or any party may decline to consent. In either event, **filing of the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction is mandatory**, indicating either the unanimous consent of the parties or that at least one party has declined to consent.

# CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of April 2021, I electronically filed the foregoing ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jennifer A. Poynter, Esq.
Andy Thorn, Esq.
POYNTER LAW LLC
6860 S. Yosemite Ct., Suite 2000
Centennial, CO 80112
Phone (303) 991-2229
Email: jennifer@poynterlawllc.com
Email: athorn@poynterlawllc.com

Hobert M. Hind, Jr.
Butler Weihmuller Katz Craig LLP
18383 Preston Road, Suite 400
Dallas, TX 75252
Phone: (469) 857-7870
Email: hhind@butler.legal

*Attorneys for Plaintiffs*

Adam Patrick O'Brien
Mark A. Neider
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
Phone: (303) 830-1212
Email: aobrien@warllc.com
Email: mneider@warllc.com

*Co-Counsel for Defendant*

1

/S/ Max Lavinthal
Max Lavinthal
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: mlavinthal@condonlaw.com
*[Original signatures on file at the offices of Condon & Forsyth LLP]*

NYOFFICE 1271847v.1