IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00588-RBJ

Frontier Airlines Inc., et al.

Plaintiff(s),

v.

Menzies Aviation (USA) Inc.

Defendant(s).

---

**NOTICE OF TRIAL AND PRETRIAL CONFERENCE**

---

PLEASE TAKE NOTICE that a Pretrial Conference is scheduled for July 15, 2022 at 9:00 a.m. Also take notice that a Trial is scheduled to commence on August 1, 2022 at 9:00 a.m.

Dated this 27th day of April, 2021.

                                                Respectfully submitted,

                                                POYNTER LAW LLC
                                                *Duly signed copy at the law office of Poynter Law LLC*

                                                *s/ Jennifer Poynter*
                                                Jennifer A. Poynter - No. 24619
                                                ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2021, a true and correct copy of the foregoing **Notice of Trial and Pretrial Conference** was served via Colorado Courts File & Serve upon all counsel of record:

Andrew Johnson,
Mark Neider
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067
Attorneys for Defendant Menzies Aviation (USA), Inc.

POYNTER LAW LLC
*Duly signed copy at the law office of Poynter Law LLC*

*s/ Shemaiah Brown*_____

2