IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00588-RBJ

Frontier Airlines Inc., et al.

    Plaintiff(s),

v.

Menzies Aviation (USA) Inc.

    Defendant(s).

---

**JOIST MOTION TO AMEND THE SCHEDULING ORDER**

---

    Plaintiff Frontier Airlines ("Plaintiff Frontier"), and Defendant Menzies Aviation (USA) Inc. ("Menzies"), by and through their undersigned attorneys, hereby submits the following Motion to Amend the Scheduling Order:

    1.    On April 19, 2021, the Court entered a Scheduling Order approved by the parties (Doc. 20).

    2.    In the comments provided by the Court in the redline version of the Scheduling Order (Doc. 20-1), the Court noted that Section 3 / Statement of Claims and Defenses did not include language addressing Plaintiff Frontier's breach of contract claim from its Complaint (Doc. 4). The Court's redline comments also suggested that Defendant Menzies amend its Statement of Defenses.

    3.    In accordance with the Court's recommendation to submit an amended statement if Plaintiff Frontier's breach of contract claim was not being abandoned, and for Menzies to amend its Statement of Defenses, Plaintiff Frontier and Menzies hereby request Court approval for amendment of Section 3 of the Scheduling Order (Doc. 20) so that Plaintiff Frontier may add a description of its breach of contract claim

NYOFFICE 1294984v.1

within Section 3 of the Scheduling Order (Doc. 20), and so that Menzies may amend its Statement of Defenses.

4. Plaintiff Frontier and Menzies believe that these circumstances constitute good cause to seek amendment of the Scheduling Order (Doc. 20) in accordance with the provisions of Section 13 / Amendments to Scheduling Order of the Scheduling Order (Doc. 20).

5. A supplement to the Scheduling Order (Doc. 20) that includes an amended version of Plaintiff's Statement of Claims within Section 3 is attached hereto as **Exhibit 1**.

WHEREFORE, Plaintiff and Menzies respectfully request that the Court grant this Motion to Amend Scheduling Order and supplement the existing Scheduling Order (Doc. 20) with the amended version of Plaintiff's Statement of Claims within Section 3, and Menzies' amended version of its Statement of Defenses.

DATED at Denver, Colorado, this _____ day of July 2021.

Respectfully submitted,

POYNTER LAW LLC
*Duly signed copy at the law office of Poynter Law LLC*

*s/ Jennifer Poynter*
Jennifer A. Poynter - No. 24619
ATTORNEY FOR PLAINTIFF

Dated: August 25, 2021

*S/ Andrew C. Johnson*

Andrew C. Johnson
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067
Telephone: 310-557-2030
Facsimile:  310-557-1299
Email: ajohnson@condonlaw.com

*Attorneys for Defendant*
*Menzies Aviation (USA), Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August 2021, a true and correct copy of the foregoing **Motion To Amend The Scheduling Order** was served upon all counsel of record:

Andrew Johnson,
Mark Neider
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067
*Attorneys for Defendant Menzies Aviation (USA), Inc.*

POYNTER LAW LLC

*Duly signed copy at the law office of Poynter Law LLC*

*s/ Shemaiah Brown*_____

4

NYOFFICE 1294984v.1