IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00588-RBJ

Frontier Airlines Inc., et al.

    Plaintiff(s),

v.

Menzies Aviation (USA) Inc.

    Defendant(s).

## SUPPLEMENT TO SCHEDULING ORDER

### 3. STATEMENT OF CLAIMS AND DEFENSES

Plaintiffs:

The Plaintiffs allege that Menzies was negligent in the operation and "hazard analysis" of their operation of an aircraft "tug" which directly led to the damages complained of when that tug struck an aircraft.

<u>The Plaintiffs allege that Menzies breached the following terms of the contract between the parties when Defendant caused the accident in question:</u>

<u>Of the contract document, Annex B10.0 – Defendant violated the Section 1.3, and 1.3.1 regarding Supervision; Section 3.8 regarding the Moving of Aircraft; Section 4.3 regarding Flight Operations; Paragraph 4 whereby Defendant failed to indemnify Plaintiff for the complained of damages upon demand; Paragraph 14 regarding Training.</u>

<u>Of the contract document, IATA – Standard Ground Handling Agreement – Defendant violated Section 5.6 regarding Menzies avoiding causing damage to the property of Plaintiffs.</u>

Defendant Menzies

Menzies contends that the actions and/or inactions of the Plaintiffs and/or its agents are the cause of the damages claimed by Plaintiff.  Menzies also contends that not all of the claimed damages are recoverable, and therefore Plaintiffs are not entitled to recover the full amount being claimed.  Furthermore, and for these same reasons, Menzies contends that it did not breach the terms of any of the identified contracts.

BY THE COURT:

_____
U.S. District Court Judge Jackson

APPROVED:

*/s/ Hobart M. Hind*
Hobart M. Hind
Butler Weihmuller Katz Craig LLP
18383 Preston Road, Suite 400
Dallas, TX 75252
(469) 857-7862

*/s/ Jennifer A. Poynter*
Jennifer A. Poynter
Poynter Law, LLC
6860 S Yosemite Court, Suite 2000
Centennial, CO 80112
(303) 991-2229

/s/ Andrew C. Johnson
Andrew C. Johnson
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067
Telephone: 310-557-2030
Facsimile:  310-557-1299
Email: ajohnson@condonlaw.com

*Attorneys for Defendant*
*Menzies Aviation (USA), Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2021, a true and correct copy of the foregoing **Supplement to Scheduling Order** was served upon all counsel of record:

Andrew Johnson,
Mark Neider
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067
*Attorneys for Defendant Menzies Aviation (USA), Inc.*

POYNTER LAW LLC

*Duly signed copy at the law office of Poynter Law LLC*

*s/ Shemaiah Brown*_____

4

NYOFFICE 1294987v.1