IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00588-NYW

FRONTIER AIRLINES INC; and ALLIANZ
GLOBAL RISKS US INSURANCE COMPANY
Individually and o/b/o OTHER CERTAIN INTERESTED
UNDERWRITERS a/s/o FRONTIER GROUP HOLDINGS, INC.
and FRONTIER AIRLINES, INC.

      Plaintiff,

v.

MENZIES AVIATION (USA) INC. a foreign corporation,

      Defendant.

## NOTICE OF CHANGE OF ADDRESS

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT: Effective October 1, 2021, the address of Condon & Forsyth LLP and Andrew C. Johnson, counsel of record for Defendant Menzies Aviation (USA) Inc., will change to:

      Condon & Forsyth LLP
      1901 Avenue of the Stars, Suite <u>1050</u>
      Los Angeles, California 90067

All other contact information remains the same. After October 1, 2021, all notices and documents should be sent to the address listed above.

[SIGNATURE ON FOLLOWING PAGE]

1

Respectfully submitted this 29th day of September, 2021.

*S/ Andrew C. Johnson*
Andrew C. Johnson
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: ajohnson@condonlaw.com
*Attorneys for Defendant*
*Menzies Aviation (USA) Inc.*

NYOFFICE 1318866v.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September 2021, I electronically filed the foregoing NOTICE OF CHANGE OF ADDRESS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jennifer A. Poynter, Esq.
Andy Thorn, Esq.
POYNTER LAW LLC
6860 S. Yosemite Ct., Suite 2000
Centennial, CO 80112
Phone (303) 991-2229
Email: jennifer@poynterlawllc.com
Email: athorn@poynterlawllc.com

Hobert M. Hind, Jr., Esq.
Butler Weihmuller Katz Craig LLP
18383 Preston Road, Suite 400
Dallas, TX 75252
Phone: (469) 857-7870
Email: hhind@butler.legal

*Attorneys for Plaintiffs*

Adam Patrick O'Brien, Esq.
Mark A. Neider, Esq.
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
Phone: (303) 830-1212
Email: aobrien@warllc.com
Email: mneider@warllc.com

*Co-Counsel for Defendant*

1

/S/ Max Lavinthal
Max Lavinthal
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: mlavinthal@condonlaw.com
*[Original signatures on file at the offices of Condon & Forsyth LLP]*

NYOFFICE 1271847v.1

2