IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21c-cv-00588-RBJ

Frontier Airlines Inc., et al.

    Plaintiff(s),

v.

Menzies Aviation (USA) Inc.

    Defendant(s).

---

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

---

Plaintiff Frontier Airlines ("Plaintiff Frontier"), and Defendant Menzies Aviation (USA) Inc. ("Menzies"), by and through their undersigned attorneys, hereby submit the following Motion to Amend the Scheduling Order:

1. This matter concerns a collision between an airplane operated by plaintiff Frontier, and a "push back" tractor operated by Menzies, which occurred on January 28, 2019. There are significant liability and damages issues that are in dispute between the Frontier and Menzies.

2. Resolving the liability and discovery issues requires the parties to produce extensive documents, consisting of policies, procedures, incident related documents, and extensive documents related to any damage to Frontier's aircraft.

3. On April 19, 2021, this Court issue a Scheduling Order that set the following discovery deadlines:

    Initial Expert Disclosures:  October 29, 2021

    Rebuttal Expert Disclosures:  November 30, 2021

    Discovery Cut-Off:  January 28, 2022

    Dispositive Motion Deadline:  February 28 ,2022.

  4. On April 28, 2021, the Court the Final Status Conference for July 15, 2021, and set a five day jury trial for August 1, 2022.

  5. On May 19, 2021, Menzies served a first set of written discovery, consisting of interrogatories, requests for production, and requests for admission.  Thereafter, Frontier began producing responsive documents on a rolling basis.  Frontier timely answered the requests for admission, and requested extensions to respond to the interrogatories and requests for production.

  6. The parties thereafter met and conferred regarding this case, and agreed to attempt private mediation before engaging in expert discovery.  The parties also agreed on certain discovery that would be required before the parties could effectively mediate this matter.  This discovery plan included Frontier producing all documents requested by Menzies before deposition of Frontier employees, and then holding depositions of certain current and former Frontier employees.  The parties have worked cooperatively, and in good faith to accomplish the agreed upon discovery, and Frontier has produced 1,424 pages of documents thus far.

  7. Two issues have arisen relative to the Plaintiff which have impacted the progression of the case:  Plaintiff's lead counsel, Hobie Hind, has encountered some personal issues which have hindered his ability to schedule case related events for the past two months or so and this will remain the case through October 2021; it is anticipated that this problem will be lessened in November and beyond. Additionally, relative to the discovery in the case, there is a certain piece of evidence (the actual Cockpit Voice Recorder or a transcript of same) which may or may not still exist and which the Plaintiff is attempting to locate through a third party vendor that might still have the transcript in question.  This process is taking longer than

anticipated. Additionally, there are certain contractual issues between the Plaintiff and its pilots' union regarding the production of such materials which must be navigated should same still exist. If this recording or transcript still exists, Defendant would need same before conducting deposition of the Frontier witnesses, and issuing any expert reports or disclosures. The same would be true for the Plaintiff. Furthermore, the COVID-19 pandemic has severely impacted the aviation industry, including Frontier, and these interruptions have impeded Frontier's ability to quickly gather all the documents responsive to Menzies' written discovery. As noted above, the parties have agreed that these documents must be produced well before any depositions of the Frontier witnesses.

8. On August 26, 2021, the Court entered an Amended Scheduling Order approved by the parties (Doc. 24). That Amended Motion did not alter any of the scheduled dates or deadlines for the case; this Motion would be the first amendment sought to extend any of the deadlines in the case.

9. The parties have diligently and cooperatively conducted discovery in this case thus far, and have agreed to an initial discovery plan. The delays experienced by the parties set forth above are beyond the control of the parties and their counsel.

10. For the foregoing reasons, the Parties request a 180 day extension of the deadlines as set forth in the existing Scheduling Order, as reflected in the Proposed Amended Scheduling Order.

11. An Proposed Amended Scheduling Order is attached hereto as **Exhibit 1**.

WHEREFORE, Plaintiff and Menzies respectfully request that the Court grant this Motion to Amend the Scheduling Order and to adopt the Proposed Amended Scheduling Order.

DATED at Denver, Colorado, this 5th day of October, 2021.

Respectfully submitted,

POYNTER LAW LLC
*Duly signed copy at the law office of Poynter Law LLC*

*s/ Jennifer Poynter*
Jennifer A. Poynter - No. 24619
ATTORNEY FOR PLAINTIFF

*S/ Andrew C. Johnson*

Andrew C. Johnson
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067
Telephone: 310-557-2030
Facsimile:  310-557-1299
Email: ajohnson@condonlaw.com

*Attorneys for Defendant
Menzies Aviation (USA), Inc.*

4

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on this 5th day of June 2021, a true and correct copy of the foregoing **Motion to Amend the Scheduling Order** was served upon all counsel of record:

Andrew Johnson,
Mark Neider
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067
*Attorneys for Defendant Menzies Aviation (USA), Inc.*

              POYNTER LAW LLC

              *Duly signed copy at the law office of Poynter Law LLC*

              <u>s/ Shemaiah Brown</u>