IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00588-RBJ

Frontier Airlines Inc., et al.

    Plaintiff(s),

v.

Menzies Aviation (USA) Inc.

    Defendant(s).

---

**JOINT MOTION TO AMEND ORDER SETTING TRIAL DATE
AND TRIAL PREPARATION CONFERENCE**

---

Plaintiff Frontier Airlines ("Plaintiff Frontier"), and Defendant Menzies Aviation (USA) Inc. ("Menzies"), by and through their undersigned attorneys, hereby submit the following Joint Motion to Amend Order Setting Trial Date and Trial Preparation Conference:

1. This matter concerns a collision between an airplane operated by plaintiff Frontier, and a "push back" tractor operated by Menzies, which occurred on January 28, 2019. Frontier claims damages in excess of $3 million in this matter. There are significant and complex liability and damages issues that are in dispute between the Frontier and Menzies.

2. Thus far, Frontier and Menzies have cooperated in discovery, including the production of extensive records related to the subject incident, and the alleged damage to the Frontier aircraft.

3. In the fall of 2022, Frontier and Menzies began attempting to negotiate a settlement of this lawsuit. The process of attempting to negotiate a settlement of this matter has taken time because the are multiple complex liability and damages issues that are in dispute.

4. Nonetheless, Frontier and Menzies have made progress in negotiations, and are optimistic about further negotiations.

5. Counsel for Frontier is currently engaged in a five week trial that is expected to last through at least the first week of March 2023.

6. As detailed further below, this matter is currently set for a five day jury trial to commence at 9:00 a.m., on April 3, 2023. *See* Dkt. No. 28. The Trial Preparation Conference is set for March 17, 2023, at 9:00 a.m. *See id*. Based on the trial date and the date of the Trial Preparation Conference, the parties' pre-trial motions are due on February 20, 2023, Stipulated and Disputed Jury Instructions are due March 10, 2023, and the parties are to exchange exhibit and witness lists on March 10, 2023. *See id*.

7. Because of the progress of settlement negotiations, the impending pre-trial and trial deadlines, and the fact that Frontier's counsel is currently engaged in multiple week trial that will continue through March 2023, Frontier and Menzies hereby request a sixty (60) day continuance to all deadlines.

8. This is the second requested continuance made by Frontier and Menzies.

9. On April 19, 2021, this Court issued a Scheduling Order that set the following discovery deadlines:

    Initial Expert Disclosures: October 29, 2021

    Rebuttal Expert Disclosures: November 30, 2021

    Discovery Cut-Off: January 28, 2022

    Dispositive Motion Deadline: February 28, 2022. *See* Dkt. No. 20.

10. On April 28, 2021, the Court set the Final Status Conference for July 15, 2021, and set a five day jury trial for August 1, 2022. *See* Dkt. No. 22.

11. On August 26, 2021, the Court entered an Amended Scheduling Order approved by the parties. *See* Dkt. No. 24. That Amended Motion did not alter any of the scheduled dates or deadlines for

the case. *See id.*

12. On October 5, 2021, Frontier and Menzies filed a Joint Motion to Amend the Scheduling Order. *See* Dkt. No. 26. That Joint Motion requested a 180 day extension of the pending deadlines. *See id.*

13. On October 6, 2021, granted the parties' Joint Motion to Amend the Scheduling Order, and set the deadlines for discovery and dispositive motions in this matter. *See* Dkt. No. 27.

14. On October 21, 2021, the Court issues and Amended Order Setting Trial and Trial Preparation Conference. *See* Dkt. No. 28. That Amended Order set this matter for a five day jury trial to commence at 9:00 a.m., on April 3, 2023. *See* Dkt. No. 28. The Trial Preparation Conference is set for March 17, 2023, at 9:00 a.m. *See id.* Based on the trial date and the date of the Trial Preparation Conference, the parties' pre-trial motions are due on February 20, 2023, Stipulated and Disputed Jury Instructions are due March 10, 2023, and the parties are to exchange exhibit and witness lists on March 10, 2023.

15. For the foregoing reasons, the Parties request a sixty (60) day extension of the deadlines as set forth in the existing Scheduling Order, as reflected in the Proposed Second Amended Scheduling Order.

16. A Proposed Second Amended Scheduling Order is attached hereto as **Exhibit 1**.

WHEREFORE, Plaintiff and Menzies respectfully request that the Court grant this Second Joint Motion to Amend the Scheduling Order and to adopt the Proposed Amended Scheduling Order.

DATED this 6th day of February 2022.


[SIGNATURES ON NEXT PAGE]

Respectfully submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

*Duly signed copy at the law office of Poynter Law LLC*


*s/ Hobart M. Hind*
HOBART M. HIND, ESQ.
BUTLER WEIHMULLER KATZ CRAIG, LLP
18383 Preston Road, Suite 400
Dallas, TX 75252
Telephone: (469) 857-7870
Facsimile: (214) 812-9226
Email: hhind@butler.legal

*Attorneys for Plaintiffs Frontier Airlines, Inc., Allianz Global risks US Ins. Co.*


CONDON & FORSYTH LLP


*s/ Andrew C. Johnson*

ANDREW C. JOHNSON, ESQ.
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: 310-557-2030
Facsimile: 310-557-1299
Email: ajohnson@condonlaw.com

*Attorneys for Defendant Menzies Aviation (USA), Inc.*

4

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2022, a true and correct copy of the foregoing **Joint Motion to Amend Order Setting Trial Date and Trial Preparation Conference** was served upon all counsel of record:

HOBART M. HIND, ESQ.
BUTLER WEIHMULLER KATZ CRAIG, LLP
18383 Preston Road, Suite 400
Dallas, TX 75252
Telephone: (469) 857-7870
Facsimile: (214) 812-9226
Email: hhind@butler.legal

JENNIFER A. POYNTER, ESQ.
POYNTER LAW LLC
6860 S. Yosemite Ct., Suite 2000
Centennial, CO 80112
Telephone: (303) 991-2229
Email: jennifer@pynterlawllc.com

*Attorneys for Plaintiffs Frontier Airlines, Inc., Allianz Global risks US Ins. Co.*

CONDON & FORSYTH LLP

*Duly signed copy at the law office of Condon & Forsyth LLP*

*s/ Mariah Ajanel*