IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21c-cv-00588-RBJ

Frontier Airlines Inc., et al.

    Plaintiff(s),

v.

Menzies Aviation (USA) Inc.

    Defendant(s).

## NOTICE OF SETTLEMENT

Plaintiff Frontier Airlines Inc., by and through counsel, Poynter Law LLC and, hereby submits the following Notice of Settlement. Please take notice that the parties have reached a settlement agreement to fully and finally resolve this case. Settlement documents are being finalized. Plaintiff anticipates filing a dismissal of all claims within thirty (30) days of today's date.

Dated this 2 day of June, 2023

    POYNTER LAW LLC
    *Duly signed copy at the law office of Poynter Law LLC*

    *s/Jennifer Poynter*
    Jennifer Poynter, #24619
    6025 S. Quebec St., Suite 190
    Centennial, CO 80111
    Telephone: (303) 991-2229
    Email: Jennifer@poynterlawllc.com
    ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 2 day of June 2023, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was served upon all counsel of record:

Andrew Johnson,
Mark Neider
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067
*Attorneys for Defendant Menzies Aviation (USA), Inc.*

POYNTER LAW LLC

*Duly signed copy at the law office of Poynter Law LLC*

*s/ Shemaiah Brown*_____

2