# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00588-RBJ

**FRONTIER AIRLINES INC., et al.,**

Plaintiffs,

v.

**MENZIES AVIATION (USA) INC.,**

Defendant.

## STIPULATED MOTION FOR ENLARGEMENT OF TIME TO FILE DISMISSAL PAPERS

Plaintiffs Frontier Airlines Inc. et al. and Defendant Menzies Aviation (USA) Inc., by and through counsel, hereby submit this Stipulated Motion for Enlargement of Time to File Dismissal Papers ("Motion"). In support thereof, the parties state as follows:

1. Pursuant to the Court's Minute Order, entered on May 31, 2023 (ECF 31), the parties are directed to file dismissal papers within twenty-eight (28) days of the Order, or by June 28, 2023.

2. The parties are finalizing the terms of an agreement to fully and finally resolve this case.

3.     The parties stipulate and agree that they will finalize the terms of the parties' Release and Settlement Agreement and will file the necessary dismissal papers with the Court no later than thirty (30) days from the date of this Motion.

4.     Accordingly, the parties respectfully request an additional thirty (30) days, up to and including July 28, 2023, to file their dismissal paperwork with the Court, so that the parties may finalize the terms of their Release and Settlement Agreement.

5.     This request for an enlargement of time is fair and reasonable, is not requested for the purpose of delay, and will not cause undue prejudice to any party or the Court.

WHEREFORE, the parties respectfully request, to the extent that the parties were required to file dismissal paperwork with the Court by June 28, 2023, that the parties be granted a thirty (30) day enlargement of time to July 28, 2023 to file their dismissal paperwork with the Court.

Dated this 28th day of June, 2023.

Respectfully submitted,

| | |
|---|---|
| BUTLER WEIHMULLER KATZ CRAIG LLP | CONDON & FORSYTH LLP |
| /s/Hobart Hind | /s/Andrew Johnson |
| Hobart M. Hind, Esq. | Andrew C. Johnson, Esq. |
| 18383 Preston Rd., Ste. 400 | 1901 Avenue of the Stars, Ste. 1050 |
| Dallas, TX 75252 | Los Angeles, CA 90067 |
| (469) 857-7870 | (310) 557-2030 |
| hhind@butler.legal | ajohnson@condonlaw.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing **JOINT STATUS REPORT REGARDING: (1) THE PARTIES' SETTLEMENT AGREEMENT; AND (2) THE COURT'S MAY 31, 2023 MINUTE ORDER (ECF 31)** has been served on June 28, 2023 on all current and active counsel of record, including:

CONDOR & FORSYTH LLP
Andrew C. Johnson, Esq.
1901 Avenue of the Stars, Ste. 1050
Los Angeles, CA 90067
(310) 557-2030
ajohnson@condonlaw.com
*Attorney for Defendant*

BUTLER WEIHMULLER KATZ CRAIG LLP
Hobart M. Hind, Esq.
18383 Preston Rd., Ste. 400
Dallas, TX 75252
(469) 857-7870
hhind@butler.legal
*Attorney for Plaintiffs*

POYNTER LAW LLC
*Duly signed copy at the law office of Poynter Law LLC*

/s/ Jennifer Poynter