IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00588-RBJ

**FRONTIER AIRLINES INC., et al.,**

Plaintiffs,

v.

**MENZIES AVIATION (USA) INC.,**

Defendant.

**ORDER GRANTING STIPULATED MOTION FOR ENLARGEMENT OF TIME TO FILE DISMISSAL PAPERS**

THE COURT, having considered the parties' Stipulated Motion for Enlargement of Time to File Dismissal Papers, and being duly advised, hereby orders that the Motion is GRANTED. The parties shall file their dismissal papers with the Court on or before July 28, 2023.

SO ORDERED this \_\_\_\_ day of \_\_\_\_ 2023.

_____
District Court Judge