IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00588-RBJ

**FRONTIER AIRLINES INC., et al.,**

Plaintiffs,

v.

**MENZIES AVIATION (USA) INC.,**

Defendant.

**JOINT STATUS REPORT REGARDING: (1) THE PARTIES' SETTLEMENT AGREEMENT; AND (2) THE COURT'S MAY 31, 2023 MINUTE ORDER (ECF 31)**

Plaintiffs Frontier Airlines Inc. et al. and Defendant Menzies Aviation (USA) Inc., by and through counsel, hereby jointly submit this Status Report regarding the directive set forth in the Court's Minute Order of May 31, 2023 (ECF 31), advising the Court as follows:

1. Pursuant to the Court's Minute Order, entered on May 31, 2023 (ECF 31), the parties are directed to file dismissal papers within twenty-eight (28) days of the Order, or by June 28, 2023.

## I. PARTIES' SETTLEMENT AGREEMENT

2. Plaintiffs filed a Notice of Settlement (ECF 32) with the Court on June 2, 2023. The parties have reached a settlement agreement. As of the date of this Status Report, the parties are actively finalizing the terms of their written Release and Settlement Agreement to fully and

finally resolve this matter.  The parties do not anticipate any issues arising with respect to execution of their Release and Settlement Agreement.

## II.     THE COURT'S MAY 31, 2023 MINUTE ORDER (ECF 31)

3. The Court's Minute Order (ECF 31) states that the parties shall file their dismissal papers on or before June 28, 2023.  As of the date required by the Court's Minute Order, the parties are still actively finalizing the terms of their Release and Settlement Agreement, and state that an enlargement of time is needed so that the parties can fully execute the Release and Settlement Agreement and obtain all required signatures.  Accordingly, the parties have filed a Stipulated Motion for Enlargement of Time in conjunction with this Status Report.

Dated this 28th day of June, 2023.

Respectfully submitted,

| BUTLER WEIHMULLER KATZ CRAIG LLP | CONDON & FORSYTH LLP |
|---|---|
| */s/Hobart Hind* | */s/Andrew Johnson* |
| Hobart M. Hind, Esq. | Andrew C. Johnson, Esq. |
| 18383 Preston Rd., Ste. 400 | 1901 Avenue of the Stars, Ste. 1050 |
| Dallas, TX 75252 | Los Angeles, CA 90067 |
| (469) 857-7870 | (310) 557-2030 |
| hhind@butler.legal | ajohnson@condonlaw.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing **JOINT STATUS REPORT REGARDING: (1) THE PARTIES' SETTLEMENT AGREEMENT; AND (2) THE COURT'S MAY 31, 2023 MINUTE ORDER (ECF 31)** has been served on June 28, 2023 on all current and active counsel of record, including:

CONDOR & FORSYTH LLP
Andrew C. Johnson, Esq.
1901 Avenue of the Stars, Ste. 1050
Los Angeles, CA 90067
(310) 557-2030
ajohnson@condonlaw.com
*Attorney for Defendant*

BUTLER WEIHMULLER KATZ CRAIG LLP
Hobart M. Hind, Esq.
18383 Preston Rd., Ste. 400
Dallas, TX 75252
(469) 857-7870
hhind@butler.legal
*Attorney for Plaintiffs*

POYNTER LAW LLC
*Duly signed copy at the law office of Poynter Law LLC*

*/s/ Jennifer Poynter*_____

3