# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00588-RBJ

**FRONTIER AIRLINES INC., et al.,**

Plaintiffs,

v.

**MENZIES AVIATION (USA) INC.,**

Defendant.

## STIPULATED MOTION FOR ENLARGEMENT OF TIME TO FILE DISMISSAL PAPERS

Plaintiffs Frontier Airlines Inc. et al. and Defendant Menzies Aviation (USA) Inc., by and through counsel, hereby submit this Stipulated Motion for Enlargement of Time to File Dismissal Papers ("Motion").  In support thereof, the parties state as follows:

1. Pursuant to the Court's Order, entered on June 30, 2023 (ECF 36), the parties are directed to file dismissal papers within twenty-eight (28) days of the Order, or by July 28, 2023.

2. The parties have finalized the terms of an agreement to fully and finally resolve this case.

3. Signatures of the parties' entity representatives are required in order to execute the terms of their Release and Settlement Agreement; the parties anticipate that the entity

representatives will be available to provide the necessary signatures to execute the terms of their Agreement no later than thirty (30) days from the date of this Motion.

4. Accordingly, the parties respectfully request an additional thirty (30) days, up to and including August 31, 2023, to file their dismissal paperwork with the Court, so that the parties may obtain the needed signatures to execute their Release and Settlement Agreement.

5. This request for an enlargement of time is fair and reasonable, is not requested for the purpose of delay, and will not cause undue prejudice to any party or the Court.

WHEREFORE, the parties respectfully request, to the extent that the parties were required to file dismissal paperwork with the Court by July 28, 2023, that the parties be granted a thirty (30) day enlargement of time to August 31, 2023 to file their dismissal paperwork with the Court.

Dated this 1st day of August, 2023.

Respectfully submitted,

| BUTLER WEIHMULLER KATZ CRAIG LLP | CONDON & FORSYTH LLP |
|---|---|
| */s/Hobart Hind* | */s/Andrew Johnson* |
| Hobart M. Hind, Esq. | Andrew C. Johnson, Esq. |
| 18383 Preston Rd., Ste. 400 | 1901 Avenue of the Stars, Ste. 1050 |
| Dallas, TX 75252 | Los Angeles, CA 90067 |
| (469) 857-7870 | (310) 557-2030 |
| hhind@butler.legal | ajohnson@condonlaw.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing **STIPULATED MOTION FOR ENLARGEMENT OF TIME TO FILE DISMISSAL PAPERS** has been served on August 1, 2023 on all current and active counsel of record, including:

CONDOR & FORSYTH LLP
Andrew C. Johnson, Esq.
1901 Avenue of the Stars, Ste. 1050
Los Angeles, CA 90067
(310) 557-2030
ajohnson@condonlaw.com
*Attorney for Defendant*

BUTLER WEIHMULLER KATZ CRAIG LLP
Hobart M. Hind, Esq.
18383 Preston Rd., Ste. 400
Dallas, TX 75252
(469) 857-7870
hhind@butler.legal
*Attorney for Plaintiffs*

POYNTER LAW LLC
*Duly signed copy at the law office of Poynter Law LLC*

/s/ Shemaiah Brown

3