# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00588-RBJ

**FRONTIER AIRLINES INC., et al.,**

Plaintiffs,

v.

**MENZIES AVIATION (USA) INC.,**

Defendant.

## ORDER GRANTING STIPULATED MOTION FOR ENLARGEMENT OF TIME TO FILE DISMISSAL PAPERS

THE COURT, having considered the parties' Stipulated Motion for Enlargement of Time to File Dismissal Papers, and being duly advised, hereby orders that the Motion is GRANTED. The parties shall file their dismissal papers with the Court on or before August 31, 2023.

SO ORDERED this _____ day of _____ 2023.

_____
District Court Judge