# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00588-RBJ

**FRONTIER AIRLINES INC., et al.,**

Plaintiffs,

v.

**MENZIES AVIATION (USA) INC.,**

Defendant.

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Frontier Airlines Inc. et al. and Defendant Menzies Aviation (USA) Inc., by and through their respective counsel, stipulate and agree that all claims set forth against Defendant shall be dismissed with prejudice, each party to pay its own attorney fees and costs. This Stipulation does not involve an admission of fault or liability by any party. It is further stipulated and agreed that an appropriate Order of dismissal with prejudice will be entered herein upon the filing of this Stipulation, without further notice by or to any party.

Dated this 30 day of August, 2023.

Respectfully submitted,

| | |
|---|---|
| BUTLER WEIHMULLER KATZ CRAIG LLP | CONDON & FORSYTH LLP |
| */s/ Hobart M. Hind* | */s/ Andrew C. Johnson* |
| Hobart M. Hind, Esq. | Andrew C. Johnson, Esq. |
| 18383 Preston Rd., Ste. 400 | 1901 Avenue of the Stars, Ste. 1050 |
| Dallas, TX 75252 | Los Angeles, CA 90067 |
| (469) 857-7870 | (310) 557-2030 |
| hhind@butler.legal | ajohnson@condonlaw.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE** has been served on August 30, 2023 on all current and active counsel of record, including:

CONDOR & FORSYTH LLP
Andrew C. Johnson, Esq.
1901 Avenue of the Stars, Ste. 1050
Los Angeles, CA 90067
(310) 557-2030
ajohnson@condonlaw.com
*Attorney for Defendant*

BUTLER WEIHMULLER KATZ CRAIG LLP
Hobart M. Hind, Esq.
18383 Preston Rd., Ste. 400
Dallas, TX 75252
(469) 857-7870
hhind@butler.legal
*Attorney for Plaintiffs*

POYNTER LAW LLC
*Duly signed copy at the law office of Poynter Law LLC*

/s/ Shemaiah Brown

3