# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00588-RBJ

**FRONTIER AIRLINES INC., et al.,**

Plaintiffs,

v.

**MENZIES AVIATION (USA) INC.,**

Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT, having reviewed the Stipulated Motion to Dismiss with Prejudice filed by the parties, being fully advised in the premises therein, and recognizing the Stipulation does not involve an admission of fault or liability by any party, HEREBY ORDERS that the claims made against Defendant are dismissed with prejudice.

SO ORDERED this _____ day of _____ 2023.

_____
District Court Judge